**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH LODUCA,                                    :   No. 86 MM 2023
                                                 :
                          Petitioner             :
                                                 :
                                                 :
                                                 :
                 v.                              :
                                                 :
                                                 :
                                                 :
THOMAS MCGINLEY, SUPERINTENDENT,                 :
COAL TOWNSHIP, DISTRICT ATTORNEY,                :
SNYDER COUNTY, MICHELLE HENRY,                   :
ATTORNEY GENERAL, PENNSYLVANIA,                  :
                                                 :
                     Respondents                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for Leave to File Response are DENIED.